AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court
### WESTERN DISTRICT OF WASHINGTON

## JUDGMENT IN A CIVIL CASE

LYNDSY EDLAND;
EURAL DEWAYNE DEBBS,
     v.
PAUL EDLAND; et al.,          CASE NUMBER: C08-5222RBL

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Applications to proceed *in forma pauperis* are DENIED.

The Complaint is DISMISSED.

DATED :  5/12/08

                                          BRUCE  RIFKIN
                                    *Clerk*

                                      /s/   Jean Boring
                                  *(By) Deputy Clerk*, Jean Boring